# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RICHARD G. LORD, JR,

    Petitioner,

v.

JEFFREY A. UTTECHT,

    Respondent.

CASE NO. 3:19-cv-05919-RJB-JRC

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, no objections to the Report and Recommendation having been filed, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 8)

(2) The Petition is dismissed without prejudice.

(3) A certificate of appealability is denied.

**DATED** this 13th day of February, 2020.

ROBERT J. BRYAN
United States District Judge

ORDER - 1